

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  vs.  <br>  David Copland  <br>  Defendant. | Case No.: 08-mJ-37  <br>  ORDER OF DETENTION  <br>  [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  N.D. Illinois  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  absconded from — before _____

1
2
3
4           and/or
5  B.   ( )  The defendant has not met his/her burden of establishing by
6        clear and convincing evidence that he/she is not likely to pose
7        a danger to the safety of any other person or the community if
8        released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9        on:_____
10       _____
11       _____
12       _____
13
14           IT THEREFORE IS ORDERED that the defendant be detained pending
15       the further revocation proceedings.
16
17       Dated:  1/10/08
18
19                                           _____
20                                           JENNIFER T. LUM
                                             UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28